WHERRY v. GAUDY. (Supreme Court, Appellate Division, Second Department. Janu-

ry 17, 1902.) Action by Richard Wherry against Annie Gaudy. From a judgment for plaintiff, defendant appeals. Affirmed. Walter W. Bahan, for appellant. Clarence Edwards, for respondent.

WOODWARD, J. It hardly seems necessary to discuss this case. Appellant's counsel, if he has any confidence in the appeal, does not suggest any very tangible grounds for interference. His brief consists of the single sentence: "The judgment is against the weight of evidence and should therefore be reversed." It is not against the weight of evidence. The plaintiff has established his cause of action, and the most that can be said is that there is a conflict of evidence, which the trial court has resolved in favor of the plaintiff, and, as I think, correctly. There should be an affirmance of the judgment. Judgment of the municipal court affirmed, with costs. All concur.